HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY ZEBALA,<br><br>                Plaintiff,<br><br>  v.<br><br>WEEBER, LLC,<br><br>                Defendant. | NO. 2:17-cv-01263-JLR<br><br>**STIPULATED MOTION TO DISMISS COUNT IV OF DEFENDANT'S COUNTERCLAIM WITH PREJUDICE**<br><br>NOTE ON MOTION CALENDAR:<br>November 22, 2017 |

Pursuant to FRCR 41(c), Plaintiff Emily Zebala ("Zebala") and Defendant Weeber, LLC ("Weeber"), by and through their respective attorneys, hereby stipulate to the dismissal of Count IV of the Counterclaim asserted against Zebala in Weeber's Answer and Counterclaim, with prejudice and without costs to either party.

It is further stipulated that Zebala's Motion to Dismiss noted for December 1, 2017, be stricken.

//
//
//
//
//

STIPULATED MOTION TO DISMISS COUNT IV OF
COUNTERCLAIM - 1
(2:17-CV-01263-JLR)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

DATED this 22nd day of November, 2017.

BRACEWELL LLP

By: *s/Alan D. Albright*
   Alan D Albright, WSBA #44326
   701 Fifth Avenue, Suite 6200
   Seattle, WA 98104
   T: 206-204-6200
   alan.albright@bracewell.com

*Attorneys for Emily Zebala*

GARVEY SCHUBERT BARER

By: *s/Judith A. Endejan*
   Judith A. Endejan, WSBA #11016
   1191 Second Ave., Ste. 1800
   Seattle, WA 98101
   T: 206-816-1351
   jendejan@gsblaw.com

Anthony M. Verna III*
VERNA LAW, P.C.
80 Theodore Fremd Dr.
Rye, NY 10580
T: 914-908-6757
anthony@vernalaw.com
*Admitted Pro Hac Vice*

*Attorneys for Weeber LLC*

STIPULATED MOTION TO DISMISS COUNT IV OF
COUNTERCLAIM - 2
(2:17-CV-01263-JLR)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

**ORDER**

Based on the foregoing stipulation and agreement of parties, it is hereby

ORDERED AND ADJUDGED that Count IV of the Counterclaim against Zebala in the Answer and Counterclaim is DISMISSED with prejudice and without costs or fees to either party, and Zebala's Motion to Dismiss is stricken.

DATED: 26 Nov. 2017

_____
HONORABLE JAMES L. ROBART

STIPULATED MOTION TO DISMISS COUNT IV OF
COUNTERCLAIM - 3
(2:17-CV-01263-JLR)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to the following:

Alan D Albright
BRACEWELL LLP
alan.albright@bracewell.com

DATED this 22nd day of November, 2017, at Seattle, WA.

                                          *s/Leslie Boston*
                                          Leslie Boston

GSB:9100395.1

STIPULATED MOTION TO DISMISS COUNT IV OF
COUNTERCLAIM - 4
(2:17-CV-01263-JLR)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
206 464 3939