UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMILY ZEBALA,<br><br>　　　　　Plaintiff,<br><br>WEEBER, LLC,<br><br>　　　　　Defendant. | NO. 2:17-cv-01263-JLR<br><br>~~PROPOSED~~ ORDER on AGREED MOTION TO DISMISS |

## ORDER OF DISMISSAL

On this day the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Emily Zebala and Defendant Weeber, LLC (Mot. [Dkt. #18]). The Court, after considering the motion and pleadings herein, finds that the motion should be **GRANTED**.

It is, therefore, **ORDERED** that all claims and causes of action in the above-captioned case are hereby dismissed with prejudice. This is a final judgment.

All costs of court are taxed against the party that incurred the expense.

SIGNED on this ___28th___ day of ___March___, 2018.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Order on Agreed Motion to Dismiss
(No. 2:17-cv-01263-JLR)